NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LAND OF LINCOLN MUTUAL HEALTH INSURANCE COMPANY, an Illinois Non-Profit Mutual Insurance Corporation,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

---

2017-1224

---

Appeal from the United States Court of Federal Claims in No. 1:16-cv-00744-CFL, Judge Charles F. Lettow.

---

**ON MOTION**

---

Before CHEN, *Circuit Judge*.

**O R D E R**

Land of Lincoln Mutual Health Insurance Company moves to expedite briefing and oral argument in this appeal. The United States opposes the motion.

  Lincoln Mutual may self-expedite the case by filing its briefs and the joint appendix early.  Lincoln Mutual has not made a sufficient showing, however, that it will be adversely impacted by the normal briefing schedule.  The parties should not anticipate any extensions of time.  The case will be placed on the next available oral argument calendar after briefing is complete.

  Accordingly,

  IT IS ORDERED THAT:

  The motion is denied.

          FOR THE COURT

          /s/ Peter R. Marksteiner
          Peter R. Marksteiner
          Clerk of Court

s31